IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**MISSOURI FRANCHISE
DEVELOPMENT SYSTEMS, L.L.C.,**

**Plaintiff,**

**vs.**                                                           No. 07-CV-99 DRH

**McCORD, et al.,**

**Defendants .**

### ORDER

**Herndon, District Judge:**

      The Court hereby directs the Clerk's Office to make a minute record to the effect that Law Clerk Katie Hoffman shall be isolated from working on the case at bar. This action is taken by the Court in light of the fact that Mrs. Hoffman may have beneficial interests in matters pending with one of the law firms participating in this matter, which while not a technical conflict, the Court takes this action to ensure that there is no appearance of impropriety. The parties are notified of this action by virtue of the Clerk forwarding copies of this Order to each party.

      **IT IS SO ORDERED**.

      Signed this  27th  day of  March , 2007.

      /s/     David   RHerndon
      **United States District Judge**